# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Mountain Valley Pipeline, LLC**

vs.

**4.31 Acres of Land, Owned by James T. Chandler and Kathy E. Chandler, et al**

Action No:   7:19CV679
Date:   8/6/2020
Judge:   Elizabeth K. Dillon
Court Reporter:   J. Webb
Deputy Clerk:   B. Davis

| Plaintiff Attorneys | Defendant Attorneys |
|---|---|
| Seth Land | Stephen Clarke |
| Wade Massie | Blake Willis |

PROCEEDINGS:
Hearing held on Plaintiff's [16] Motion to Exclude Testimony by Dennis Gruelle, Plaintiff's [18] Motion for Summary Judgment on the Amount of Just Compensation, Plaintiff's [20] Motion in Limine, Defendants' [26] Motion in Limine to Exclude Testimony of Joseph Thompson, Defendants' [31] Motion in Limine to Exclude Certain Evidence and Testimony, Defendants' [33] Motion in Limine for a View of the Subject Property.
The Court grants Defendants' [31] Motion in Limine to Exclude Certain Evidence and Testimony by agreement of Counsel.

Arguments from Counsel on Plaintiff's [16] Motion to Exclude Testimony by Dennis Gruelle.

Arguments from Counsel on Plaintiff's [18] Motion for Summary Judgment on the Amount of Just Compensation.

Arguments from Counsel on Plaintiff's [20] Motion in Limine.

The Court takes Plaintiff's [16] Motion to Exclude Testimony by Dennis Gruelle, Plaintiff's [18] Motion for Summary Judgment on the Amount of Just Compensation, and Plaintiff's [20] Motion in Limine under advisement.

Arguments from Counsel on Defendants' [26] Motion in Limine to Exclude Testimony of Joseph Thompson. The Court takes Defendants' [26] Motion in Limine to Exclude Testimony of Joseph Thompson under advisement.

Arguments from Counsel on Defendants' [33] Motion in Limine for a View of the Subject Property. The Court takes Defendants' [33] Motion in Limine for a View of the Subject Property under advisement.

Written order forthcoming.

Time in Court:   1:00pm – 2:29p, 2:35p – 4:45p (3 hours 36 min)