IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 7:17-cv-00492 |
| | ) | |
| | ) | |
| EASEMENTS TO CONSTRUCT, OPERATE, | ) | |
| AND MAINTAIN A NATURAL GAS | ) | |
| PIPELINE OVER TRACTS OF LAND IN | ) | |
| GILES COUNTY, CRAIG COUNTY, | ) | |
| MONTGOMERY COUNTY, ROANOKE | ) | |
| COUNTY, FRANKLIN COUNTY, AND | ) | |
| PITTSYLVANIA COUNTY, VIRGINIA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

-----------------------------------------------------------

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:19-cv-00679 |
| | ) | |
| 4.31 ACRES OF LAND OWNED BY | ) | |
| JAMES T. CHANDLER and KATHY E. | ) | |
| CHANDLER, and 4.31 ACRES OF LAND | ) | |
| OWNED BY JAMES T. CHANDLER AND | ) | |
| KATHY E. CHANDLER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING JUDGMENT AND VESTING TITLE TO
EASEMENTS ON MVP PARCEL NOS. VA-RO-060 AND VA-RO-061

On May 11-14, 2021, the Court held a jury trial on just compensation due defendants James T. Chandler and Kathy E. Chandler ("Chandlers") for the easements described in paragraphs 140 and 141 of the complaint, as amended, on MVP Parcel Nos. VA-RO-060 and VA-RO-061 ("Property"). MVP No. VA-RO-060 is located in Roanoke County, Virginia, and described in deed recorded in Deed Book 1563, Page 800, and Deed Book 1563, Page 803, in the land records of Roanoke County, Virginia, and identified as Tax Map Parcel 111.00-01-62.01-0000. MVP No. VA-R0-061 is located in Roanoke County, Virginia, and described in deed recorded as Instrument No. 200519188, in the land records of Roanoke County, Virginia, and identified as Tax Map Parcel 117.00-01-38.00-0000.

On October 13, 2017, the Federal Energy Regulatory Commission issued an order to Mountain Valley Pipeline, LLC ("MVP") to construct, maintain, and operate a natural gas pipeline along a route that crosses the Property.

On October 24, 2017, MVP filed Case No. 7:17-cv-0492 to condemn easements on the Property under Section 7 of the Natural Gas Act, 15 U.S.C. § 717f, as shown in the maps attached as Exhibits 1 and 2 ("Easements"). The rights and privileges applicable to the Easements are described in the complaint and in amendments to the complaint. See Docket Nos. 1, 724, 1380 in Case No. 7:17-cv-0492. A description of these rights and privileges is attached as Exhibit 3. The amendments to the descriptions are attached as Exhibits 4 and 5.

On January 31, 2018, the Court issued a memorandum opinion and order granting MVP's motion for partial summary judgment and conditionally granting MVP's motion for immediate possession upon a determination of appropriate security. Dkt. Nos. 339, 340 in Case No. 7:17-

cv-0492. Thereafter, the Court determined security and entered an order granting MVP immediate possession of the easements. Dkt. No. 727 in Case No. 7:17-cv-0492.

On March 8, 2018, MVP filed a notice with a revised map on VA-RO-061. Dkt. No. 724 in 7:17-cv-0492.

On January 30, 2020, MVP amended the complaint to add property specific provisions for crossings of the pipeline. Dkt. No. 1380 in Case No. 7:17-cv-0492.

On February 24, 2020, MVP amended the complaint to add Wells Fargo Bank as a defendant as to MVP Parcel No. VA-RO-60. Dkt. No. 1406 in Case No. 7:17-cv-0492. Wells Fargo Bank did not answer or appear in the case, and the Chandlers have advised the Court that they do not owe any money to Wells Fargo Bank under its credit line deed of trust.

On May 7, 2021, MVP amended the complaint to correct the map on VA-RO-061. Dkt. No. 1470 in Case No. 7:17-cv-0492.

At the conclusion of the evidence on May 14, 2021, the jury returned a verdict finding that the Chandlers are entitled to just compensation in the amount of $430,000 for the Easements on the Property. For the Easements on this Property, MVP has previously deposited $676,527 with the Clerk. The Clerk has placed this amount in an interest bearing account as directed by the Court's order of January 31, 2018. Dkt. No. 340 in 7:17-cv-0492. From the amount on deposit and pursuant the memorandum opinion entered this same day (Dkt. No. 118 in Case No. 7:19-cv-00679), the Clerk shall pay $430,000 plus accrued interest on that amount to "James T. Chandler and Kathy E. Chandler and Waldo & Lyle, their attorneys" and mail the payment to Stephen M. Clarke, Esq., Waldo & Lyle, P.C., 301 West Freemason Street, Norfolk, Virginia 23510. This payment is in full satisfaction of the award and any interest on the award. The

Clerk shall pay the balance of the deposit, $246,527, plus accrued interest on that amount to Mountain Valley Pipeline, LLC, and mail the payment to Penn, Stuart & Eskridge, P.O. Box 2288, Abingdon, Virginia 24212.

Absolute and indefeasible title to the Easements is hereby vested in MVP and its successors and assigns.

The Clerk of the Circuit Court of Roanoke County is requested to record this order in the land records of the County and to appropriately index the order in the names of James T. Chandler and Kathy E. Chandler, as grantors, and Mountain Valley Pipeline, LLC, as grantee.

Entered: June 7, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge